# EXHIBIT K

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HECTOR KERR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOUTHWEST AIRLINES CO.; JOHN DOE 1; )<br>and ABC CORPORATION 1, )<br>)<br>Defendants. ) | Civil Action File No.: 2019CV02291<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANTS

**COMES NOW** Plaintiff and submits to each Defendant, pursuant to O.C.G.A. § 9-11-36, for response within 45 days after service hereof, the following request for admissions, for purposes of this action, subject to all objections that may be interposed at the trial of the case:

1.

Please admit that on the date of this incident as alleged in the Complaint, your employee or agent injured Plaintiff while working at Hartsfield-Jackson Atlanta International Airport.

2.

Please admit that Plaintiff was injured on the date of this incident as alleged in the Complaint.

3.

Please admit that Plaintiff was injured due to your employee or agent negligently operating a tug on the premises of Hartsfield-Jackson Atlanta International Airport.

4.

Please admit that he tug operated by John Doe 1 was being operated by John Doe 1 in the course and scope of his/her employment with Southwest Airlines Co.

5.

Please admit that Plaintiff was injured as a result of the subject incident.

6.

Please admit that Plaintiff's actions did not cause or contribute to the subject collision.

7.

Please admit that Plaintiff incurred medical expenses for treatment of injuries resulting from the subject collision.

8.

Please admit that Plaintiff's medical expenses were reasonable and necessary for the care and treatment of the injuries sustained in the subject accident.

9.

Please admit that on the date of this incident as alleged in the Complaint, Defendant had a written policy or guidelines for operating tugs on the subject premises.

10.

Please admit that this court has personal jurisdiction over Defendant for this lawsuit.

11.

Please admit that venue for this action is proper as alleged in the Complaint.

12.

Please admit that service of process on Defendant was proper.

13.

Please admit that Defendant John Doe 1 was an employee or agent of Southwest Airlines Co. at all times pertinent hereto.

14.

Please admit that all of the actions taken by Defendant John Doe 1 regarding the incident at issue in the Complaint were taken within the scope of his employment or agency with Southwest Airlines Co.

This 2nd day of December, 2019.

                                      MORGAN & MORGAN ATLANTA, PLLC

                                      */s/ Christopher J. Graddock*
                                      _____
                                      CHRISTOPHER J. GRADDOCK
                                      CGraddock@ForThePeople.com
                                      Georgia State Bar No.: 304020
                                      KEENAN R.S. NIX
                                      KNix@ForThePeople.com
                                      Georgia State Bar No.: 544855
                                      Post Office Box 57007
                                      Atlanta, GA 30343-1007
                                      404-965-8811 (Telephone)
                                      404-965-8812 (Fax)

                                      *Attorneys for Plaintiff*